**IN THE COURT OF COMMON PLEAS OF BUTLER COUNTY, PENNSYLVANIA**

| | |
|---|---|
| SYNDIKOS INVESTMENTS, LLC, | **CIVIL DIVISION** |
| Plaintiff, | **CASE NO. AD 22-10744** |
| vs. | |
| MELONIE L. KOTCHEY & KENNETH JAMES SCHULTZ, JR., | |
| Defendants. | |

## ORDER

AND NOW, this ___30TH___ day of ___SEPTEMBER___, 2022, it is hereby ADJUDGED, ORDERED, and DECREED that the Emergency Motion of Plaintiff Syndikos Investment, LLC, for Leave to Amend Complaint and Preliminary Injunction is GRANTED.

The proposed Amended Complaint attached as Exhibit C to Plaintiff's Emergency Motion is deemed filed as of this date. Plaintiff shall serve a copy of that Amended Complaint upon all Defendants pursuant to Pa.R.C.P. No. 440 forthwith. Defendants must file responsive pleadings to that Amended Complaint on or before the date twenty (20) days after the date of this Order.

By 5:00 p.m. on Saturday, October 1, 2022, Defendant Kotchey is ORDERED to:

1. provide Plaintiff with her most recent set of administrative credentials to the Bluehost account through which Plaintiff established, and currently operates, the domains at which its primary commercial website and email server are operated (i.e., <www.compassionatecertificationcenters.com> and <cccenters.org>).

2. provide Plaintiff any other administrative credentials to any accounts necessary in the operation of the domains listed above, Plaintiff's primary commercial website, or Plaintiff's email server.

3. not further interfere with Plaintiff's electronic business systems, including those items described above.

Pursuant to Pa.R.C.P. 1531(b)(2), Plaintiff shall deposit with the Office of the Prothonotary of Butler County legal tender in the amount of ONE THOUSAND ($1000.00) DOLLARS FORTHWITH.

THE HEARING ON THE PRELIMINARY INJUNCTION IS SCHEDULED FOR OCTOBER 6, 2022, AT 2:00 O'CLOCK P.M. IN COURTROOM #7 OF THE BUTLER COUNTY COURTHOUSE.

SERVICE OF THIS EMERGENCY MOTION AND ORDER IS TO BE EFFECTUATED UPON THE DEFENDANTS VIA DEPUTIZED SERVICE THROUGH THE SHERIFF'S OFFICE OF BUTLER COUNTY, PENNSYLVANIA.

BY THE COURT:

[signature]



| | |
|---|---|
| SYNDIKOS INVESTMENTS, LLC.<br><br>VS.<br><br>MELONIE L. KOTCHEY, KENNETH JAMES SCHULTZ, JR. | IN THE COURT OF COMMON PLEAS<br>OF BUTLER COUNTY, PA<br>CIVIL DIVISION<br>10TH JUDICIAL DISTRICT<br><br>**CASE NUMBER**<br>AD-2022-10744 |

## CERTIFICATION

**I hereby certify:**

RULE 236 NOTICE THE PROTHONOTARY OF BUTLER COUNTY, PENNSYLVANIA HEREBY CERTIFIES THAT A COPY OF THE FOREGOING ORDER WAS MAILED TO: GELACEK LEGAL SERVICES LLC; MELONIE L KOTCHEY (2 ADDRESSES); KENNETH JAMES SCHULTZ JR (2 ADDRESSES); SHERIFF (2 CERT COPIES) ON 9/30/22, BY FIRST CLASS MAIL, POSTAGE PREPAID.

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and official seal of the Said Court, this September 30, 2022.

**Attorney for the Plaintiff**
GELACEK LEGAL SERVICES, LLC
310 GRANT STREET
SUITE 2901
PITTSBURGH, PA 15219

_____
Kelly Ferrari
Butler County Prothonotary

**Attorney for the Defendant**