# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 23-21906-GLT |
| MELONIE L KOTCHEY | |
| Debtor | Chapter 7 |
| SYNDIKOS INVESTMENTS, LLC | |
| Plaintiff | |
| v. | Adversary Proceeding No. 24-02001-GLT |
| MELONIE L KOTCHEY, | |
| Defendant. | |

**ORDER**

AND NOW, this ____ day of _____, 2024, upon consideration of the Amended Complaint filed in the above captioned adversary proceeding, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that judgment be entered in favor of the Plaintiff and against the Defendant in the sum of $_____, plus Plaintiff's costs of suit in the amount of $_____, attorney's fees in the amount of $_____, and pre- and post-judgment interest thereon at the maximum legal rate running from and after the date of the filing of the Complaint until such date as this judgment is paid in full; and it is further

ORDERED, ADJUDGED, AND DECREED, that the Defendant shall forthwith pay the judgment amount to the Plaintiff; and it is further

ORDERED, ADJUDGED, AND DECREED, that the amount of the aggregate amount of the judgment set forth herein shall be, and hereby is, deemed nondischargeable pursuant to 11 U.S.C. §523(a).

Prepared By:

/s/ Ronald B. Roteman
Ronald B. Roteman (PA ID #66809)
Stonecipher Law Firm
125 First Avenue
Pittsburgh, PA  15222
Email:  rroteman@stonecipherlaw.com
Phone:  (412) 391-8510
Facsimile:  (412) 391-8522
*Counsel for Movant*

    ENTERED at Pittsburgh, Pennsylvania:

                                              GREGORY L. TADDONIO
                                              CHIEF UNITED STATES BANKRUPTCY JUDGE

.