FILED
4/22/24 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 23-21906-GLT |
| MELONIE L KOTCHEY | ) | |
| Debtor | ) | |
| | ) | Chapter 7 |
| SYNDIKOS INVESTMENTS, LLC | ) | |
| Plaintiff | ) | |
| v. | ) | Adversary Proceeding No. 24-02001-GLT |
| MELONIE L KOTCHEY, | ) | |
| Defendant. | ) | Related to Docket No. 16 |

### ORDER OF COURT

AND NOW, this 22nd Day of April, 2024 upon due consideration of the *Joint Motion To Approve Settlement Agreement* (the "Motion"), it is hereby

**ORDERED, ADJUDGED, and DECREED** that the Motion shall be, and hereby is, granted in its entirety, it is further

**ORDERED, ADJUDGED, and DECREED** that the Settlement Agreement attached to the Motion as Exhibit A shall be, and hereby is, approved in its entirety.

Dated: April 22, 2024

Hon. Gregory L. Taddonio    drb
Chief United States Bankruptcy Judge

**ENTERED BY DEFAULT**

Prepared by:
Ronald B. Roteman, Esquire
Stonecipher Law Firm
125 First Avenue
Pittsburgh, PA 15222

The Clerk Shall Close This Adversary