# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 4/22/2024 |
| Case: 24−02001−GLT | Form ID: pdf900 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
aty    Ronald B. Roteman    rroteman@stonecipherlaw.com
aty    Ryan J Cooney    rcooney@cooneylawyers.com

                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    Syndikos Investments, LLC    220 South Main Street    Suite 105    Butler, PA 16001
dft    Melonie L. Kotchey    27 Ann Street    Pittsburgh, PA 15223
ust    Office of the United States Trustee    1000 Liberty Avenue    Suite 1316    Pittsburgh, PA 15222
ust    United States Trustee    228 Walnut Street, Suite 1190    Harrisburg, PA 17101
ust    United States Trustee    Office of the U.S. Trustee    833 Chestnut Street    Suite 500    Philadelphia, PA 19107

                            TOTAL: 5